UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRIE L. SENA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>JAMES DZURENDA, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-01804-RFB-NJK<br><br>ORDER<br><br>(Docket No. 7) |

On August 4, 2021, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. Docket No. 5. The screening order dismissed the complaint without prejudice and granted leave to file a first amended complaint within 30 days. *Id.* at 9-10.

Plaintiff has now submitted a motion seeking an extension of time to file her first amended complaint until December 3, 2021. Docket No. 7. Plaintiff submits that she needs more time to review her medical records and handwritten notes, as well as to counts to her amended complaint. *Id*. at 2.

For good cause shown, the Court **GRANTS** Plaintiff's motion for extension of time. Docket No. 7. Plaintiff shall file her first amended complaint no later than December 3, 2021.

If Plaintiff fails to timely file her first amended complaint, this case is subject to dismissal with prejudice for failure to state a claim. *See* Docket No. 5 at 10.

DATED: August 18, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE